United States District Court
Southern District of New York

------------------------------

L. Rosen,

        Plaintiff,

  - against -

Aid Associates, Inc d/b/a
Plaza Associates,

        Defendant.

------------------------------

No. 2008cv0095 (NRB) (DFE)

### Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED that this matter be and hereby is DISMISSED WITH PREJUDICE and without costs or fees to any party.

_____
Mark N. Reinharz (MR-____)
Bond Schoeneck & King PLLC
Attorneys for Defendant
1399 Franklin Ave. Ste 200
Garden City, NY 11530
Tel 516-267-6300
Fax 516-267-6301

_____
David Abrams (DA-8126)
Attorney for Plaintiff
L. Rosen
305 Broadway, 5th Floor
New York, NY 10007
Tel 212-897-5821
Fax 212-897-5811

Dated: New York, NY
January 15, 2008

So ordered:

_____
1/15/08